BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 02-00038 SI |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE HEARING** |
| v. ) | |
| ) | |
| MICK WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The parties agree to continue the hearing in the above-captioned matter from February 15, 2008 until February 29, 2008. The reason for the continuance is that counsel for Mr. Williams will be out of the district teaching on the date presently set.

    All counsel and the probation officer are available on the requested date.

    It is so stipulated.


Dated: February 7, 2008            _____/S/_____
                                   RONALD C. TYLER
                                   Assistant Federal Public Defender

Dated: February 7, 2008            _____/S/_____
                                   ALBERT B. SAMBAT
                                   Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING; *U.S. v. Mick Williams*
No. CR 02-00038 SI                 1

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the hearing in the aforementioned matter currently set for February 15, 2008 at 11:00 a.m., shall be continued to February 29, 2008 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated:_____    _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE